**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21812-CIV-ALTONAGA/Reid**

**SEBASTIEN DUMOND**,

Plaintiff,

v.

**JOSEPH EDLOW, DIRECTOR,**
**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES**, *et al.*,

Defendants.
_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Sebastien Dumond's Amended Complaint for a Hearing on Naturalization Under 8 U.S.C. Section 1447(b) [ECF No. 5], filed on March 24, 2026. Plaintiff alleges that Defendants have improperly withheld action on his naturalization application and that he has waited more than 120 days since his examination for a naturalization determination. (*See* Am. Compl. ¶¶ 4, 27–28, 32, 37–38). He requests that the Court decide his naturalization application, as permitted under 8 U.S.C. section 1447(b). (*See id.* ¶¶ 31, 34). Alternatively, he asks for a remand of the case to United States Citizenship and Immigration Services ("USCIS") with instructions to expedite a decision on his application. (*See id.* ¶¶ 7, 34).

Section 1447(b) provides:

> If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to [the USCIS] to determine the matter.

8 U.S.C. § 1447(b) (alteration added).

The Court adopts the well-reasoned analysis in *De Donado v. Swacina*, 486 F. Supp. 2d 1360 (S.D. Fla. 2007), and exercises its statutory discretion to remand this case to the USCIS for further proceedings. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall promptly serve Defendants with his Amended Complaint [ECF No. 5] and a photocopy of this Order. This case is remanded to USCIS. Defendants are ordered to make a determination on Plaintiff's application for naturalization within 120 days of this Order. The Clerk is directed to **CLOSE** the case; Plaintiff may move to reopen the case if Defendants fail to comply.

**DONE AND ORDERED** in Miami, Florida, this 7th day of April, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record